# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE RAMOS RIOS, | CASE NO. 1:14-cv-1432-SKO |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| | **(Doc. 2)** |
| Defendant. | |
| _____/ | |

Plaintiff Rosemarie Ramos Rios ("Plaintiff") filed a complaint on September 12, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   **September 17, 2014**              **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE