UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROSEMARIE RAMOS RIOS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN COLVIN, Acting<br><br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 1:14-CV-01432-SKO<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER THEREON |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

　　Plaintiff Rosemarie Ramos Rios ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to July 8, 2015; and that Defendant shall have until August 7, 2015, to file his opposition.  Any reply by plaintiff will be due August 21, 2015.

DATE: May 9, 2015                    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

       /s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff MATTHEW HOUSE

DATED:  May 9, 2015                  BENJAMIN WAGNER
                                     United States Attorney


*/S/- Esther Kim

_____
Esther Kim
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

-2-

# ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief by no later than July 8, 2015;
2. Defendant shall file an opposition brief by no later than August 7, 2015; and
3. Plaintiff may file an optional reply brief by no later than August 21, 2015.

IT IS SO ORDERED.

Dated:  **May 12, 2015**                    /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE